STATE v. CAUDLE

No. 164 PC.

Case below: 54 N.C. App. 693.

Petition by defendant for discretionary review under G.S. 7A-31 denied 27 January 1982.

STATE v. HARRELSON

No. 131 PC.

Case below: 54 N.C. App. 349.

Petition by defendant for discretionary review under G.S. 7A-31 denied 27 January 1982. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 27 January 1982.

STATE v. MOORE

No. 6P82.

Case below: 55 N.C. App. 268.

Petition by defendant for discretionary review under G.S. 7A-31 denied 27 January 1982.

STATE v. OVERTON

No. 15P82.

Case below: 52 N.C. App. 735.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 27 January 1982.

STATE v. OWEN

No. 7P82.

Case below: 51 N.C. App. 429.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 27 January 1982.